**William D. CARROLL, Jr.; Carolyn K.**
**Carroll; Pamela Carroll Alonso,**
**Plaintiffs-Appellants**

v.

**Samera L. ABIDE; XYZ Insurance,**
**Defendants-Appellees**

**No. 16-30320**

United States Court of Appeals,
Fifth Circuit.

Date Filed: 12/12/2016

William D. Carroll, Jr., Pro Se

Carolyn K. Carroll, Pro Se

Pamela Carroll Alonso, Pro Se

Steven Paul Lemoine, Esq., Law Offices of Robert H. Schmolke, Baton Rouge, LA, for Defendant-Appellee

---

Before JONES, BARKSDALE, and COSTA, Circuit Judges.

PER CURIAM: *

This *pro se* appeal has been considered in the light of the briefs and pertinent parts of the record. The judgment is affirmed essentially for the reasons stated by the district court, *Carroll v. Abide*, No. 3:14-CV-00503, 2016 WL 1048992, at *3 (M.D. La. 11 March 2016).

AFFIRMED.

---

* Pursuant to 5th Cir. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Cir. R. 47.5.4.

